# United States District Court
## Violation Notice

CS 13

**Violation Number:** 4860707
**Officer Name (Print):** STANWOOD, T.
**Officer No.:** E438

4860707

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 04/04/2016 / 16:00 PM
**Offense Charged:** ☒ USC — TITLE 21 SEC 863
**Place of Offense:** GATE 6 NAVAL BASE SAN DIEGO

**Offense Description: Factual Basis for Charge:** DRUG PARAPHERNALIA

### DEFENDANT INFORMATION
**Last Name:** WILLIS
**First Name:** GENEEN
**M.I.:** D

**Tag No.:** 6TTN566
**State:** CA
**Year:** 08
**Make/Model:** HYUNDAI
**Color:** BLK

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
**Court Address:** 940 FRONT ST, SAN DIEGO, CA 92101

X _Defendant Signature_

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on April 4th, 2016 while exercising my duties as a law enforcement officer in the Southern District of California

I was dispatched to Gate 6, Naval Base San Diego, on report of a vehicle with possible narcotics. I met with the driver, Willis. I immediately noticed a strong smell of Marijuana emitting from the vehicle and Willis. I asked Willis why I was smelling Marijuana coming from the vehicle. Willis stated she had just smoked inside the vehicle. Willis gave me written permission to search the vehicle. A drug dog (Ice Crash) swept the vehicle and positively responded on the vehicle. A search of the vehicle revealed approximately (1) one gram of Marijuana (tested with a drug NIC kit), a bong with Marijuana residue, a marijuana grinder with loose marijuana inside and another mini bong.

The foregoing statement is based upon:
☐ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 04/04/2016 _signature_

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ U.S. Magistrate Judge